IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| HENRY CLAY COX, JR., | ) |
| Debtor. | ) |
| | ) |
| | ) |
| COUNTY OF LOS ANGELES, | ) |
| Appellant, | ) Bankruptcy Case No. 09-31427 EEB |
| | ) Chapter 7 |
| | ) |
| v. | ) |
| HENRY CLAY COX, JR., | ) |
| Appellee. | ) App. Case No. 12-cv-00023 |
| | ) |
| | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Kane, J.

THIS MATTER comes before the Court on Appellant's and Appellee's Stipulated Motion and Agreement to Dismiss Appeal (doc. #6), filed January 30, 2012. Having reviewed the Motion, and the file, the Court finds that cause exists to grant the relief requested for the reasons set forth in the Motion. Accordingly, it is hereby

**ORDERED** that the Motion is **GRANTED** and the appeal filed by the County of Los Angeles on January 3, 2012 is hereby dismissed with prejudice.

Dated this 30th day of January, 2012.

BY THE COURT:

*s/John L. Kane*
John L. Kane, Senior Judge
United States District Court